FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 12-56 |
| v. | |
| Ayaz Khan | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Government__, IT IS ORDERED that a detention hearing is set for __Jan 20__, __2012__, at __4:00__ ☐ a.m. / ☐ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __1/19/12__                    _____
                                       U.S. District Judge/Magistrate Judge